UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOEL ARAMENTA CASTILLO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ADAMS, WARDEN,<br><br>　　　　　Respondent. | NO. EDCV 09-809 DDP (FFM)<br><br>JUDGMENT |

　　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: January 28, 2010

　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　United States District Judge